IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| MARTHA CUELLAR, | § |
| Plaintiff, | § |
| v. | § EP-10-CV-63-KC |
| SUNRISE CREDIT SERVICES, INC. and JOHN AND JANE DOES 1-10, | § |
| Defendants. | § |

**ORDER**

On this day, the Court considered Plaintiff Martha Cuellar's ("Plaintiff") "Notice of Dismissal" (Doc. No. 5). Pursuant to Federal Rule of Civil Procedure 41(a)(1), "an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer." As Plaintiff has filed a notice of dismissal before Defendants' answer, the Court hereby **DISMISSES** the case with prejudice.

The clerk shall close the case.

**SO ORDERED**.

**SIGNED** on this 6th day of April 2010.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE